

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-13-00518-CV

Sandra Garza **DAVIS** f/k/a Sandra C. Saks and Landen Saks,
Appellants

v.

Lauren Saks **MERRIMAN,**
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

       This is an appeal from the trial court's "Order Confirming Award of Arbitrator and Final Judgment." Appellants have filed their briefs, and appellee's brief is due March 12, 2014. On February 13, 2014, the law firm of Heinrichs & De Gennaro filed a "First Amended Motion to Withdraw." In the motion, the law firm contends it "seeks to withdraw because representation of [appellee's] Ms. Merriman's interests in the appeal goes beyond the scope of their original agreement." The law firm contends it has repeatedly asked Ms. Merriman to obtain appellate counsel. The motion is GRANTED.

       It is therefore ORDERED that Ms. Merriman file her appellee's brief no later than March 12, 2014. If Ms. Merriman desires to obtain new appellate counsel, she may do so; however, new counsel must file a notice of appearance and, if necessary, a motion to extend time in which to file appellee's brief, no later than March 3, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court